**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-7301**

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

    v.

SEAN LAMONT DUDLEY, a/k/a John D. Brown,

               Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:97-cr-00001-KDB-1)

Submitted:  January 20, 2022               Decided:  January 25, 2022

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sean Lamont Dudley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sean Lamont Dudley appeals the district court's order denying his motion for reconsideration of the court's prior order denying Dudley's 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. After reviewing the record, we conclude that the district court did not abuse its discretion in denying Dudley's motion. We therefore affirm the district court's order. *United States v. Dudley*, No. 5:97-cr-00001-KDB-1 (W.D.N.C. Aug. 16, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*